# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138110

DARRIN LA PINE,

      Plaintiff-Appellant,

v

                                            SC: 138110
                                            CoA: 288393

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 26, 2009, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2009

_____
Clerk

jm